UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK C. PARKER (#385992)

VERSUS

BENJAMIN JOHNSON, ET AL

CIVIL ACTION

NO. 11-808-BAJ-SCR

**RULING**
**and ORDER OF DISMISSAL**

The Court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Stephen C. Riedlinger dated August 23, 2012 (doc. 16) to which no opposition has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the this action be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and without leave to amend because there is no conceivable, nonfrivolous federal claim he could assert consistent with the facts alleged in his complaint which is not barred by *Heck*.

Baton Rouge, Louisiana, September 18, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA